UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------

ARROWOOD SURPLUS LINES INSURANCE
COMPANY, successor in interest to ROYAL SURPLUS
LINES INSURANCE COMPANY,

                Plaintiff,

   -against-

BRUCKNER PLAZA ASSOCIATES, L.P., BRUCKNER
PLAZA CORP. and ESTHER SCHULDER,

                Defendants.

-----------------------------------------------------------------x

**07 CIV 8608**

Civil Action No. _____

**RULE 7.1 STATEMENT**

OCT 0 4 2007
U.S.D.C. S.D. N.Y.
CASHIERS

    Pursuant to Federal Rule of Civil Procedure 7.1(a), and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for plaintiff Arrowood Surplus Lines Insurance Company, successor in interest to Royal Surplus Lines Insurance Company ("Arrowood") (a non-governmental corporate party) certifies that the following parent corporation or publicly held corporation owns 10% or more of Arrowood's stock:

    Arrowpoint Capital Corp., a Delaware corporation, with its principal place of business at 3600 Arco Corporate Drive, Charlotte, North Carolina.

Dated:  Uniondale, New York
         October 4, 2007

Respectfully submitted,

RIVKIN RADLER LLP

*[signature]*

Celeste M. Butera (CMB-5659)
M. Paul Gorfinkel (MPG-2069)
Jason B. Gurdus (JG-3293)
926 RexCorp Plaza
Uniondale, New York 11556-0926
(516) 357-3000

Attorneys for Plaintiff
Arrowood Surplus Lines Insurance Company,
successor in interest to Royal Surplus Lines
Insurance Company

2081521 v1