Attorney: RIVKIN RADLER LLP

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AFFIDAVIT OF SERVICE
AFF: AC1

ARROWOOD SURPLUS LINES INSURANCE COMPANY, ET ANO,
                                    PLAINTIFFS

INDEX# :07 CV 8608

- Against -

BRUCKNER PLAZA ASSOCIATES, L.P., et al.,
                        DEFENDANTS

COURT DATE:

STATE OF NEW YORK:COUNTY OF NASSAU   ss:

DAN KNIGHT being duly sworn, deposes and says: I am over 18 years of age, not a party to this action, and reside in the State of New York. That on 10/15/2007 at 1:32:00 PM at :

26 COLUMBIA TURNPIKE
FLORHAM PARK,N.J. ,7932

Deponent served the within SUMMONS IN A CIVIL ACTIONAND COMPLAINT FOR DECLARATORY RELIEF upon BRUCKNER PLAZA CORP. the therein named.

by leaving a true copy with CHARLES McCLAFFERTY, CHIEF FINANCIAL OFFICER.

CORPORATION    A domestic corporation by delivering thereat a true copy of each to
               CHARLES McCLAFFERTY, CHIEF FINANCIAL OFFICER personally,
               Deponent knew said corporation so served to be the corporation described in
               Said
               SUMMONS IN A CIVIL ACTIONAND COMPLAINT FOR DECLARATORY RELIEF
               as said DEFENDANT and knew said individual to be the
               CHIEF FINANCIAL OFFICER thereof.

Deponent further states that he describes the person actually served as follows:

SEX ; **MALE**   SKIN: **WHITE**   HAIR: **GRAY**   APP.AGE: **56**   APP.HT.: 6/2 WT: 240lb

OTHER:

SWORN TO BEFORE ME ON: 10/17/2007

DAN KNIGHT

Notary Public State of New York
BRUCE K KUSTKA
NO 4860872
QUALIFIED IN NASSAU COUNTY
COMMISSION EXPIRES MAY 27, 2010

ASAP SERVICES,INC, 91 CHIMNEY LN., LEVITTOWN, N.Y. 11756   OUR JOB# 2007140