Attorney: RIVKIN RADLER LLP

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AFFIDAVIT OF SERVICE    AFF: AS1

ARROWOOD SURPLUS LINES INSURANCE COMPANY, ET ANO,
PLAINTIFFS

- Against -

BRUCKNER PLAZA ASSOCIATES, L.P., et al.,
DEFENDANTS

INDEX# :07 CV 8608

COURT DATE:

STATE OF NEW YORK:COUNTY OF NASSAU  ss:

DAN KNIGHT being duly sworn, deposes and says: I am over 18 years of age, not a party to this action, and reside in the State of New York. That on 10/15/2007 at 2:09:00 PM at :

47 CRESTWOOD DR.
WEST ORANGE,N.J. ,07052

Deponent served the within SUMMONS IN A CIVIL ACTION AND COMPLAINT FOR DECLARATORY RELIEF upon ESTHER SCHULDER the therein named.

**SUITABLE AGE**  By delivering thereat a true copy of each to ROSE DESOUZA a person of suitable age and discretion. He identified him/herself as the HOUSE KEEPER REGULARLY EMPLOYED BY DEFENDANT of the DEFENDANT.
Said premises is a RESIDENCE within the State.
Deponent further states follows that he describes the person actually served as follows:

SEX :FEMALE   SKIN:WHITE   HAIR :BLACK   APP AGE:26   APP HEIGHT :5/8   APP WEIGHT :230
OTHER:

**MAILING**  Deponent enclosed a copy of same in a postpaid wrapper properly addressed to the DEFENDANT at DEFENDANT'S RESIDENCE at:

47 CRESTWOOD DR.
WEST ORANGE,N.J.,07052

and deposited said wrapper in a post office or official depository under the exclusive care and custody of the United States Postal Service within New York State on 10/17/2007 by REGULAR FIRST CLASS MAIL in an envelope marked PERSONAL & CONFIDENTIAL

That at the time of such service deponent knew the person so served to be the same person mentioned and described as the DEFENDANT in this action.

SWORN TO BEFORE ME ON: 10/17/2007

DAN KNIGHT

Notary Public State of New York
BRUCE K KUSTKA
NO 4860872
QUALIFIED IN NASSAU COUNTY
COMMISSION EXPIRES MAY 27, 2010

ASAP SERVICES,INC., 91 CHIMNEY LN., LEVITTOWN, N.Y. 11756     OUR JOB# 2007141