Attorney: RIVKIN RADLER LLP

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AFFIDAVIT OF SERVICE   A08

ARROWOOD SURPLUS LINES INSURANCE COMPANY, ET ANO,
                                                    PLAINTIFFS

- Against -

INDEX# :07 CV 8608

BRUCKNER PLAZA ASSOCIATES, L.P., et al.,
                                                    DEFENDANTS

STATE OF NEW YORK:COUNTY OF NASSAU  ss:

DAN KNIGHT being duly sworn, deposes and says: I am over 18 years of age, not a party to this action, and reside in the State of New York. That on 10/15/2007 at 1:32:00 PM at :

26 COLUMBIA TURNPIKE
FLORHAM PARK,N.J. ,7932

Deponent served the within SUMMONS IN A CIVIL ACTIONAND COMPLAINT FOR DECLARATORY RELIEF upon BRUCKNER PLAZA ASSOCIATES, L.P. the therein named.

by leaving a true copy with CHARLES McCLAFFERTY, CHIEF FINANCIAL OFFICER.

Deponent further states that he describes the person actually served
as follows:

SEX ; **MALE**   SKIN: **WHITE**   HAIR: **GRAY**   APP.AGE: **56**   APP.HEIGHT.: 6/2   WEIGHT: 240lb

OTHER:

That at the time of such service deponent knew the person so served to be the same person mentioned and described as the DEFENDANT in this action.

SWORN TO BEFORE ME ON: 10/17/2007

DAN KNIGHT

Notary Public State of New York
BRUCE K KUSTKA
NO  4860872
QUALIFIED IN NASSAU COUNTY
COMMISSION EXPIRES MAY 27, 2010

ASAP SERVICES,INC., 91 CHIMNEY LN., LEVITTOWN, N.Y.  11756    OUR JOB# 2007139