UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
ARROWOOD SURPLUS LINES INSURANCE
COMPANY,

                              Plaintiff ,

     -against-

BRUCKNER PLAZA ASSOCIATES, L.P, BRUCKNER
PLAZA CORP. and ESTHER SCHULDER,

                              Defendants ,

-------------------------------------------------------------------X

Civil Action No.:

07-CV-8608 (DLC) (JCF)

**NOTICE OF APPEARANCE**

      Please enter my appearance as counsel for Plaintiff, ARROWOOD SURPLUS LINES INSURANCE COMPANY, in the above-entitled action.  Kindly direct all communications on this matter to the undersigned attorney.

Dated:  Uniondale, New York
         October 29, 2007

                              Yours, etc.,

                              RIVKIN RADLER LLP
                              Attorneys for Plaintiff
                              ARROWOOD SURPLUS LINES INSURANCE
                              COMPANY, successor in interest to Royal Surplus Lines
                              Insurance Company

                 By:  _____/s/_____
                      Jason B. Gurdus  (JG3293)
                      926 RexCorp Plaza
                      Uniondale, New York  11556-0926
                      (516) 357-3000

2090066 v1