```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/19/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
ARROWOOD SURPLUS LINES INSURANCE
COMPANY,

Civil Action No: 07-CV-8608 (DLC)

                Plaintiff,

-against-

BRUCKNER PLAZA ASSOCIATES, L.P.,
BRUCKNER PLAZA CORP. and
ESTHER SCHULDER,

**STIPULATION OF ADJOURNMENT**

                Defendants.
-------------------------------------------------------X

    **IT IS HEREBY STIPULATED AND AGREED**, by and between the parties that:

1. The above-captioned Defendants' time to answer, move or otherwise respond to the Summons and Complaint is hereby extended on consent of the parties to November 30, 2007.

2. Signed facsimile copies of this stipulation shall be deemed to be original signed copies of this stipulation.

Dated: New York, New York
       November 2, 2007

RIVKIN RADLER LLP

By: _____
Jason B. Gurdus (JG3293)
926 RexCorp Plaza
Uniondale, New York 11556
(516) 357-3000
*Counsel to Plaintiff*

COHEN TAUBER SPIEVACK
& WAGNER LLP

By: _____
Leo L. Esses (LE1173)
420 Lexington Avenue, 24th Floor
New York, New York 10170
(212) 586-5800
*Counsel to Defendants*

SO ORDERED:

_____
HONORABLE DENISE COTE
UNITED STATES DISTRICT JUDGE

November 19, 2007

{00016408.DOC; 1}