```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-29-07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ARROWOOD SURPLUS LINES INSURANCE
COMPANY,

Civil Action No: 07-CV-8608 (DLC)

Plaintiff,

-against-

BRUCKNER PLAZA ASSOCIATES, L.P.,     **STIPULATION OF**
BRUCKNER PLAZA CORP. and     **ADJOURNMENT**
ESTHER SCHULDER,

Defendants.
------------------------------------------------------------X

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties that:

1. The above-captioned Defendants' time to answer, move or otherwise respond to the Summons and Complaint is hereby extended on consent of the parties to December 20, 2007.

2. Signed facsimile copies of this stipulation shall be deemed to be original signed copies of this stipulation.

Dated: New York, New York
        November 27, 2007

RIVKIN RADLER LLP                      COHEN TAUBER SPIEVACK
                                                    & WAGNER LLP

By: _____          By: _____
Jason B. Gurdus (JG3293)              Leo L. Esses (LE1173)
926 RexCorp Plaza                       420 Lexington Avenue, 24th Floor
Uniondale, New York 11556          New York, New York 10170
(516) 357-3000                           (212) 586-5800
*Counsel to Plaintiff*                     *Counsel to Defendants*

SO ORDERED:

_____
HONORABLE DENISE COTE
UNITED STATES DISTRICT JUDGE

November 28, 2007

{00017867.DOC; 1}