
**RIVKIN RADLER** LLP
ATTORNEYS AT LAW

**JASON B. GURDUS**
(516) 357-3134
jason.gurdus@rivkin.com

November 30, 2007

Leo L. Esses, Esq.
Cohen Tauber Spievack & Wagner LLP
The Graybar Building
420 Lexington Avenue, 24th Floor
New York, New York 10170

    Re: *Arrowood Surplus Lines Insurance Company v. Bruckner Plaza Associates, L.P., Bruckner Plaza Corp. and Esther Schulder*
        Case No.    07 CIV 8608
        RR File No.:  010320-00465

Dear Mr. Esses:

    Enclosed is the Court's Notice of Initial Pretrial Conference, scheduling a court conference for January 25, 2008 at 2:30 p.m. Also enclosed is the Individual Practices for Judge Denise Cote.

    Thank you for your attention herein.

                Very truly yours,

                RIVKIN RADLER LLP

                Jason B. Gurdus

Enclosures

2099293 v1

926 RexCorp Plaza
Uniondale, NY
11556-0926
Tel: 516.357.3000
Fax: 516.357.3333

555 Madison Avenue
New York, NY
10022-3338
Tel: 212.455.9555
Fax: 212.687.9044

21 Main Street
Court Plaza South • West Wing
Hackensack, NJ 07601-7021
Tel: 201.287.2460
Fax: 201.489.0495

www.rivkinradler.com

# AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) SS. :
COUNTY OF NASSAU       )

I, Virginia A. Donlon, being sworn, say:

I am not a party to the action, am over 18 years of age and reside in Nassau County, New York.

On November 30, 2007, I served the within **Court's Notice of Pre-Trial Conference,** by depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State, addressed to each of the following persons at the last known address set forth after each name:

Leo L. Esses, Esq.
Cohen Tauber Spievack & Wagner LLP
The Graybar Building
420 Lexington Avenue, 24th Floor
New York, New York 10170

_____
Virginia A. Donlon

Sworn to before me this
30th day of November, 2007

_____
Notary Public

EILEEN A PANGARLIOTAS
Notary Public, State of New York
No. 01PA5054692
Qualified in Nassau County
Commission Expires January 22, 20 10

2100429 v1