XC-4145(tk) DJM
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
ARROWOOD SURPLUS LINES INSURANCE
COMPANY, successor in interest to ROYAL
SURPLUS LINES INSURANCE COMPANY,         CIVIL ACTION NO.: 07 CV 8608 (DLC)

                         Plaintiff,         **DISCLOSURE OF INTERESTED**
-against-                                **PARTIES PURSUANT TO**
                                        **CIVIL RULE 7.1(a)**
BRUCKNER PLAZA ASSOCIATES, L.P.,
BRUCKNER PLAZA CORP., AND
ESTHER SCHULDER,                         HON. DENISE COTE
                       Defendants.
------------------------------------------------------------x

S I R S:

      Pursuant to Fed. Rule of Civ. P. 7.1, undersigned counsel for BRUCKNER PLAZA ASSOCIATES, L.P., and BRUCKNER PLAZA CORP., each a private non-governmental party, certifies there are no corporate parents, and no publicly held corporation that owns 10% or more of their stock.

DATED:   New York, New York
         December 18, 2007

                                Yours, etc.,

                                DeCICCO, GIBBONS & McNAMARA, P.C.
                                Attorneys for Defendants

          BY:   _____
                          DANIEL J. McNAMARA (DJM-6615)
                          14 East 38th Street, 5th Floor
                          New York, NY 10016
                          (212) 447-1222

TO:

RIVKIN RADLER LLP
926 RexCorp Plaza
Uniondale, New York 11556-0926
(516) 357-3000