

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ARROWOOD SURPLUS LINES INSURANCE
COMPANY, successor in interest to ROYAL      Civil Action No. 07 CIV. 8608 (DLC)
SURPLUS LINES INSURANCE COMPANY,

                     Plaintiff,      **STIPULATION OF DISMISSAL**
                                         **WITH PREJUDICE**

   -against-

BRUCKNER PLAZA ASSOCIATES, L.P.,
BRUCKNER PLAZA CORP. and ESTHER
SCHULDER,

                     Defendants.
------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/2/08
```

    IT IS HEREBY stipulated and agreed to between counsel for the parties in this action that, pursuant to Fed. R. Civ. P. 41(a)(1), the above action is hereby dismissed with prejudice, and without costs to either party.

Dated: Uniondale, New York            Dated: New York, New York
       May 9, 2008                              May 7, 2008

RIVKIN RADLER LLP                      DeCICCO, GIBBONS & McNAMARA, P.C.
Attorneys for Plaintiff                        Attorneys for Defendants
ARROWOOD SURPLUS LINES           BRUCKNER PLAZA ASSOCIATES, L.P.,
INSURANCE COMPANY, successor in       BRUCKNER PLAZA CORP. and
interest to ROYAL SURPLUS LINES         ESTHER SCHULDER
INSURANCE COMPANY

_____             _____
Celeste M. Butera (CMB-5659)           Daniel J. McNamara (DJM-6615)
Jason B. Gurdus (JG-3293)               14 East 38th Street, 5th Floor
926 RexCorp Plaza                          New York, New York 10016
Uniondale, New York 11556-0926        (212) 447-1222
(516) 357-3000

                                              SO ORDERED:

                                              _____
2140672 v1                                     Denise Cote, U.S.D.J.

                                                   June 2, 2008